```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

MICHAEL DEWAYNE ANDERSON,  :
#156270                    :
    Plaintiff,             :
                           :
vs.                        :       CIVIL ACTION 12-645-WS-M
                           :
MICHAEL A. YOUNGPETER,     :
et al.,                    :
    Defendants.            :

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is ORDERED that this action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

    DONE this 28th day of January, 2013.

                                  s/WILLIAM H. STEELE
                                  CHIEF UNITED STATES DISTRICT JUDGE