```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

MICHAEL DEWAYNE           :
ANDERSON,                 :
#156270                   :
    Plaintiff,            :
                          :
vs.                       :     CIVIL ACTION 12-645-WS-M
                          :
MICHAEL A. YOUNGPETER,    :
et al.,                   :
    Defendants.           :

<u>JUDGMENT</u>

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

DONE this 28th day of January, 2013.

<u>s/WILLIAM H. STEELE</u>
CHIEF UNITED STATES DISTRICT JUDGE