```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION

MICHAEL DEWAYNE                   :
ANDERSON,                         :
#156270                           :
     Plaintiff,
                                  :
vs.                               :       CIVIL ACTION 12-645-WS-M
                                  :
MICHAEL A. YOUNGPETER,            :
et al.,                           :
     Defendants.                  :
                          JUDGMENT
```

     It is ORDERED, ADJUDGED, and DECREED that this action

be and is hereby DISMISSED without prejudice pursuant to 28

U.S.C. § 1915(g).

     DONE this 28th day of January, 2013.


                         s/WILLIAM H. STEELE
                         CHIEF UNITED STATES DISTRICT JUDGE